DWIGHT A. RUDISILL )
**# 14698-058** )
         )
          Plaintiff, )
v. )
         )
MERRICK GARLAND, ET AL )
         )
          Defendant. )

## ORDER REQUIRING FULL PAYMENT OF FILING FEE

      The Court has received your civil rights complaint recently submitted.  A report on your inmate trust fund account supplied by the Division of Prisons shows that during the six months before submission of this complaint you received income of $3,776.93. Federal law requires a plaintiff in a civil action to pay a filing fee of $ 350.00 plus service fees and other costs.  Within thirty (30) days of this Order the BOP is directed to transmit from the prison account of **Dwight A. Rudisill** the full filing fee of $ 350.00 payable to the "Clerk, U.S. District Court."

      If you fail to comply with this order, your motion to proceed in forma pauperis will be denied and your action dismissed.

      This order is to be served on the correctional facility at which the plaintiff is incarcerated as determined by the plaintiff's pleadings, served on the plaintiff; and served on all parties of record.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Signed 12/9/2022